No. 73–5863. VALLEY v. UNITED STATES, 416 U. S. 936; 417 U. S. 927; and

No. 73–6195. SAYLES v. GESELL, U. S. DISTRICT JUDGE, 416 U. S. 934; 417 U. S. 937. Motions for leave to file second petitions for rehearing denied.

No. 73–6589. SAYLES v. SIRICA, U. S. DISTRICT JUDGE, ET AL., 417 U. S. 943. Petition for rehearing and other relief denied.

OCTOBER 21, 1974

No. 73–1371. NEW YORK ON BEHALF OF NEW YORK COUNTY ET AL. v. UNITED STATES ET AL.; and

No. 73–1740. NEW YORK ON BEHALF OF NEW YORK COUNTY ET AL. v. UNITED STATES ET AL. Affirmed on appeals from D. C. D. C.

No. 74–183. KOPLIN ET AL. v. VILLAGE OF HINSDALE ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 74–194. WALL ET AL. v. HARDWICK ET AL.; and

No. 74–196. HARDWICK ET AL. v. WALL ET AL. Affirmed on appeals from D. C. N. D. Ga. Reported below: 379 F. Supp. 175.

No. 73–1612. LUETKEMEYER ET AL. v. KAUFMANN ET AL. Affirmed on appeal from D. C. W. D. Mo.

MR. JUSTICE WHITE, joined by THE CHIEF JUSTICE, dissenting.

Missouri provides bus transportation to school for public school children, but not for private school children, living specified distances from their schools. Mo. Rev. Stat. §§ 167.231, 167.251, 163.161 (1969). Appellant Urban Luetkemeyer, a Missouri taxpayer, sends his children, in accordance with his religious conscience, to